IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| THE UNITED STATES OF AMERICA and THE COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiffs,<br><br>v.<br><br>COMMONWEALTH OF KENTUCKY; ANDREW BESHEAR, in his official capacity as Governor of Kentucky; RUSSELL COLEMAN, in his official capacity as Attorney General of Kentucky; THOMAS B. MILLER, in his official capacity as Commissioner of the Kentucky Department of Revenue; and the KENTUCKY HORSE RACING AND GAMING CORPORATION;<br><br>Defendants. | **PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**<br><br><br>Case No. 3:26-cv-49-SCM<br><br>Honorable S. Chad Meredith |

Pursuant to Federal Rule of Civil Procedure 65(a), Plaintiffs the United States of America and the Commodity Futures Trading Commission ("CFTC") move for a preliminary injunction. This motion is based on the accompanying memorandum and Plaintiffs' Complaint, Dkt. No. 1. Plaintiffs request that this Court grant this motion and enter the proposed order, which would enjoin Defendants from enforcing Kentucky state law preempted by the Commodity Exchange Act, 7 U.S.C. § 1 *et seq.*—including but not limited to the Kentucky Consumer Protection Act, KRS Chapter 230, and KRS Chapter 138—through any criminal or civil enforcement actions related to event contracts listed on CFTC-regulated Designated Contract Markets, including by engaging in any subpoena, audit, or other compulsory investigative process related to event contracts listed on CFTC-regulated Designated Contract Markets.

Dated: June 30, 2026

Respectfully submitted,

By: */s/ David W. Rubin*
David W. Rubin
Senior Assistant General Counsel
U.S. Commodity Futures Trading Commission
Three Lafayette Centre
1155 21st Street, N.W.
Washington, DC 20581
Tel. (202) 418-5734
drubin@cftc.gov

*Attorneys for the United States of America*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

TIBERIUS DAVIS
Counsel to the Assistant Attorney General
tiberius.davis@usdoj.gov
Tel. 202-860-8970

ALEXANDRA McTAGUE SCHULTE
Senior Litigation Counsel
alexandra.schulte@usdoj.gov
Tel. 202-718-0483

*Attorneys for the Commodity Futures Trading Commission*

TYLER S. BADGLEY
  General Counsel
M. JORDAN MINOT (jminot@cftc.gov)
  Deputy General Counsel
DAVID W. RUBIN (drubin@cftc.gov)
  Senior Assistant General Counsel
HENRY J. DICKMAN (hdickman@cftc.gov)
  Senior Assistant General Counsel
U.S. Commodity Futures Trading Commission
Three Lafayette Centre
1155 21st Street, NW
Washington, D.C. 20581
Tel. 202-209-1087
Fax. 202-418-5567