IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| THE UNITED STATES OF AMERICA and THE COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiffs,<br><br>v.<br><br>COMMONWEALTH OF KENTUCKY; ANDREW BESHEAR, in his official capacity as Governor of Kentucky; RUSSELL COLEMAN, in his official capacity as Attorney General of Kentucky; THOMAS B. MILLER, in his official capacity as Commissioner of the Kentucky Department of Revenue; and the KENTUCKY HORSE RACING AND GAMING CORPORATION;<br><br>Defendants. | **[PROPOSED] PRELIMINARY INJUNCTION ORDER**<br><br><br>Case No. 3:26-cv-49-SCM<br><br>Honorable S. Chad Meredith |

Pending before the Court is the Motion for a Preliminary Injunction filed by Plaintiffs the United States of America and the Commodity Futures Trading Commission ("CFTC"). For the reasons below, the Court **GRANTS** the motion:

1. The United States and the CFTC are likely to succeed on the merits of their claims that Defendants' application of Kentucky's consumer protection and gambling laws is preempted by the Commodity Exchange Act, 7 U.S.C. § 1, *et seq.*, insofar as they seek to regulate derivatives exchanged on markets regulated by the CFTC;

2. Absent an injunction, the United States and the CFTC will suffer irreparable harm if Defendants are permitted to enforce Kentucky's consumer protection and gambling laws against CFTC-regulated DCMs;

3. The United States and the CFTC have no adequate remedy at law; and

4.  The balance of equities favors granting the motion of the United States and the CFTC.

Therefore, **IT IS ORDERED** that the United States' and the CFTC's motion for a preliminary injunction is **GRANTED**. Defendants are enjoined from enforcing Kentucky state law preempted by the Commodity Exchange Act, 7 U.S.C. § 1 *et seq.*—including but not limited to the Kentucky Consumer Protection Act, KRS Chapter 230, and KRS Chapter 138—through any criminal or civil enforcement actions related to event contracts listed on CFTC-regulated Designated Contract Markets, including by engaging in any subpoena, audit, or other compulsory investigative process related to event contracts listed on CFTC-regulated Designated Contract Markets.


Dated: _____                _____

                                             S. Chad Meredith
                                             United States District Judge