## AFFIDAVIT OF SERVICE
### UNITED STATES DISTRICT COURT
### Eastern District District of Kentucky

Case Number: 3:26-CV-49-SCM

Plaintiff: **United States of America and Commodity Futures Trading Commission**

vs.

Defendant: **Commonwealth of Kentucky, Andrew Beshear, Russell Coleman, Thomas B. Miller, and the Kentucky Horse Racing and Gaming Corporation**

For:
David W. Rubin
U.S. Commodity Futures Trading Commission
Three Lafayette Centre
1155 21st Street, NW
Washington, DC 20581

Received by Veritext on the 29th day of June, 2026 at 1:16 pm to be served on **Governer Andy Beshear, 501 High Street, 2nd Floor, Frankfort, KY 40601.**

I, TYLER MOORE, being duly sworn, depose and say that on the **1st day of July, 2026** at **12:00 pm**, I:

served a **CORPORATION** by delivering a true copy of the **Summons in a Civil Action; Complaint for Declaratory and Injunctive Relief; Civil Cover Sheet;Proposed Order, Motion for Preliminary Injunction, Brief in Support of PI Motion, Declaration of DJ Hennes** to: **Ashely Smith** as **Executive Assistant** for **Governer Andy Beshear**, at the address of: **501 High Street, 2nd Floor, Frankfort, KY 40601**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 27, Sex: F, Race/Skin Color: Black, Height: 5'6", Weight: 130, Hair: Dark Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the <u>2nd</u> day of <u>July</u>, <u>2026</u> by the affiant who is personally known to me.

<u>Brittany Rue</u>
NOTARY PUBLIC

Brittany Dawn Rue
Notary Public, ID KYNP65685
State at Large, Kentucky
My Commission Expires on Jan. 25, 2027

**TYLER MOORE**
Process Server
<u>07/02/2026</u>
**Date**

**Veritext**
**800 N Magnolia Ave**
**Suite 400**
**Orlando, FL 32803**
**(800) 275-7991**

Our Job Serial Number: KPM-2026006206
Ref: 8300999

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e

Doc ID: 66371bd0c217c6dab8520928a89ba8ec3e4e66ed

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Kentucky ▼

| | |
|---|---|
| UNITED STATES OF AMERICA<br>and<br>COMMODITY FUTURES TRADING COMMISSION<br><br>*Plaintiff(s)*<br>v.<br>COMMONWEALTH OF KENTUCKY, ANDREW BESHEAR, RUSSELL COLEMAN, THOMAS B. MILLER, and the KENTUCKY HORSE RACING AND GAMING CORPORATION<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No.   3:26-cv-49-SCM<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Governor Andy Beshear
501 High Street, 2nd Floor
Frankfort, KY 40601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: David W. Rubin
U.S. Commodity Futures Trading Commission
Three Lafayette Centre
1155 21st Street, NW
Washington, DC 20581
Tel. 202 418 5734

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   6/23/2026

_Signature of Clerk or Deputy Clerk_    jj

Doc ID: 66371bd0c217c6dab8520928a89ba8ec3e4e66ed

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Governer Andy Beshear

was received by me on *(date)*   6/29/2026   .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   Ashley Smith/ Executive Assistant   , who is

designated by law to accept service of process on behalf of *(name of organization)*   Governer Andy Beshear

on *(date)*   07/01/2026   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   07/02/2026

_____
Server's signature

Tyler Moore/ Process Server
Printed name and title

290 High St., Versailles, KY 40383
Server's address

Additional information regarding attempted service, etc:

Doc ID: 66371bd0c217c6dab8520928a89ba8ec3e4e66ed