IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| THE UNITED STATES OF AMERICA and THE COMMODITY FUTURES TRADING COMMISSION, <br><br> Plaintiffs, <br><br> v. <br><br> COMMONWEALTH OF KENTUCKY; ANDREW BESHEAR, in his official capacity as Governor of Kentucky; RUSSELL COLEMAN, in his official capacity as Attorney General of Kentucky; THOMAS B. MILLER, in his official capacity as Commissioner of the Kentucky Department of Revenue; and the KENTUCKY HORSE RACING AND GAMING CORPORATION; <br><br> Defendants. | **NOTICE OF DISMISSAL OF DEFENDANT GOVERNOR BESHEAR WITHOUT PREJUDICE** <br><br><br> Case No. 3:26-cv-49-SCM <br><br> Honorable S. Chad Meredith |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs the United States of America and the Commodity Futures Trading Commission hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against Andrew Beshear in his official capacity as Governor of Kentucky. Plaintiffs dismiss the action against Governor Beshear based upon representation from Governor Beshear's counsel that the Governor does not enforce the challenged statutes and that his dismissal will not affect Plaintiffs' ability to obtain relief to which they might otherwise be entitled in this litigation.

Dated: July 7, 2026

Respectfully submitted,

By: */s/ David W. Rubin*
David W. Rubin
Senior Assistant General Counsel
U.S. Commodity Futures Trading Commission
Three Lafayette Centre
1155 21st Street, N.W.
Washington, DC 20581
Tel. (202) 418-5734
drubin@cftc.gov

*Attorneys for the United States of America*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

TIBERIUS DAVIS
Counsel to the Assistant Attorney General
tiberius.davis@usdoj.gov
Tel. 202-860-8970

ALEXANDRA McTAGUE SCHULTE
Senior Litigation Counsel
alexandra.schulte@usdoj.gov
Tel. 202-718-0483

*Attorneys for the Commodity Futures Trading Commission*

TYLER S. BADGLEY
  General Counsel
M. JORDAN MINOT (jminot@cftc.gov)
  Deputy General Counsel
DAVID W. RUBIN (drubin@cftc.gov)
  Senior Assistant General Counsel
HENRY J. DICKMAN (hdickman@cftc.gov)
  Senior Assistant General Counsel
U.S. Commodity Futures Trading Commission
Three Lafayette Centre
1155 21st Street, NW
Washington, D.C. 20581
Tel. 202-209-1087
Fax. 202-418-5567

2