IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| THE UNITED STATES OF AMERICA and THE COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiffs,<br><br>v.<br><br>COMMONWEALTH OF KENTUCKY; RUSSELL COLEMAN, in his official capacity as Attorney General of Kentucky; THOMAS B. MILLER, in his official capacity as Commissioner of the Kentucky Department of Revenue; and the KENTUCKY HORSE RACING AND GAMING CORPORATION;<br><br>Defendants. | **JOINT STIPULATION DISMISSING DEFENDANT THOMAS B. MILLER WITHOUT PREJUDICE**<br><br><br>Case No. 3:26-cv-49-SCM<br><br>Honorable S. Chad Meredith |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs the United States of America and the Commodity Futures Trading Commission and each of the Defendants hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against Thomas B. Miller in his official capacity as Commissioner of the Kentucky Department of Revenue.

Pursuant to the same, the parties agree and hereby stipulate that the Commissioner may be dismissed from this action as a party-defendant without prejudice; provided, however, the Commissioner, in his official capacity as commissioner of the Kentucky Department of Revenue, agrees that he will abide by any temporary or permanent order in the above-captioned action entered by any court against any Defendant in the action as if the order were also entered against him were he a defendant, that his dismissal will not affect Plaintiffs' ability to obtain relief to

which they might otherwise be entitled in this litigation, and that the terms of the stipulation will extend throughout the entirety of any subsequent appeals.

Dated: July 16, 2026


Respectfully submitted,

By: /s/ David W. Rubin
David W. Rubin
*Attorneys for the Commodity Futures*
*Trading Commission*

TYLER S. BADGLEY
  General Counsel
M. JORDAN MINOT (jminot@cftc.gov)
  Deputy General Counsel
DAVID W. RUBIN (drubin@cftc.gov)
  Senior Assistant General Counsel
HENRY J. DICKMAN (hdickman@cftc.gov)
  Senior Assistant General Counsel
U.S. Commodity Futures Trading Commission
Three Lafayette Centre
1155 21st Street, N.W.
Washington, DC 20581
Tel. (202) 418-5734

By: /s/ Tiberius Davis
Tiberius Davis
*Attorneys for the United States of America*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

TIBERIUS DAVIS
Counsel to the Assistant Attorney General
tiberius.davis@usdoj.gov
Tel. 202-860-8970

ALEXANDRA McTAGUE SCHULTE
Senior Litigation Counsel
alexandra.schulte@usdoj.gov
Tel. 202-718-0483

2

By: /s/ Clinton S. Combs
Clinton S. Combs
*Attorney for Commissioner Thomas B. Miller*

CLINTON S. COMBS (KY BAR # 93817)
Office of Legal Services for Revenue
P.O. Box 423
Frankfort, Kentucky 40602
Tel. (859) 564 – 6674
Facsimile: (502) 564-4044
clinton.combs@ky.gov

By: /s/ Aaron J. Silletto
Aaron J. Silletto
*Attorneys for Commonwealth of Kentucky; Russell Coleman, in his official capacity as Attorney General of Kentucky; and the Kentucky Horse Racing and Gaming Corporation*

JUSTIN D. CLARK
J. CHRISTIAN LEWIS
PHILIP R. HELERINGER
AARON J. SILLETTO
JASON P. WOODALL
JONATHAN E. FARMER
DANIEL I. KEISER
ALEX SCUTCHFIELD
Office of the Attorney General
1024 Capital Center Drive, Suite 200
Frankfort, Kentucky 40601

3