IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY

|  |  |
|---|---|
| THE UNITED STATES OF AMERICA and THE COMMODITY FUTURES TRADING COMMISSION, <br><br> Plaintiffs, <br><br> v. <br><br> COMMONWEALTH OF KENTUCKY; RUSSELL COLEMAN, in his official capacity as Attorney General of Kentucky; and the KENTUCKY HORSE RACING AND GAMING CORPORATION; <br><br> Defendants. | **PLAINTIFFS' NOTICE OF POSITION CONCERNING PROPOSED PLAINTIFF-INTERVENOR COALITION FOR FAIR MARKETS' MOTION TO INTERVENE** <br><br><br> Case No. 3:26-cv-49-SCM <br><br> Honorable S. Chad Meredith |

In accordance with the Court's July 30, 2026, order (Dkt. No. 27), Plaintiffs the United States and the Commodity Futures Trading Commission hereby give notice that they take no position on proposed plaintiff-intervenor Coalition for Fair Markets' Motion to Intervene (Dkt. No. 18).

Dated: July 31, 2026

Respectfully submitted,

By: */s/ David W. Rubin*
David W. Rubin
*Attorneys for Plaintiffs*

*Attorneys for the Commodity Futures Trading Commission*

TYLER S. BADGLEY
  General Counsel
M. JORDAN MINOT (jminot@cftc.gov)
  Deputy General Counsel
DAVID W. RUBIN (drubin@cftc.gov)
  Senior Assistant General Counsel
HENRY J. DICKMAN (hdickman@cftc.gov)
  Senior Assistant General Counsel
U.S. Commodity Futures Trading Commission
Three Lafayette Centre
1155 21st Street, NW
Washington, D.C. 20581
Tel. 202-209-1087
Fax. 202-418-5567

*Attorneys for the United States of America*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

TIBERIUS DAVIS
Counsel to the Assistant Attorney General
tiberius.davis@usdoj.gov
Tel. 202-860-8970

ALEXANDRA McTAGUE SCHULTE
Senior Litigation Counsel
alexandra.schulte@usdoj.gov
Tel. 202-718-0483

2