UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT FRANKFORT

*Electronically filed*

| | |
|---|---|
| UNITED STATES OF AMERICA and COMMODITY FUTURES TRADING COMMISSION, <br><br> *Plaintiffs* <br><br> v. <br><br> COMMONWEALTH OF KENTUCKY, *et al.*, <br><br> *Defendants* | Civil Action No. 3:26-cv-00049-SCM |

**NOTICE FILED PER COURT ORDER**

Pursuant to the Court's July 30, 2026 order [DKT. 27] the Defendants, Commonwealth of Kentucky, Russell Coleman, in his official capacity as Attorney General of Kentucky, and the Kentucky Horse Racing and Gaming Corporation advise that they have no objection to the Coalition for Fair Markets' (Coalition's) motion to intervene.  The Defendants further state that counsel advised Coalition's counsel they would not object to the motion but in all candor were likely to move to dismiss the intervening complaint once it was deemed filed.[1]

---

[1] Defendants are amenable to extending or complementing the Court's existing scheduling order [DKT. 16] to assist in orderly addressing a motion to dismiss in conjunction with the other legal issues in the case.

1

**Russell Coleman**
**ATTORNEY GENERAL**

/s/ Alex L. Scutchfield

Justin D. Clark (No. 89313)
   JustinD.Clark@ky.gov
   *Civil Chief*
J. Christian Lewis (No. 87109)
   Christian.Lewis@ky.gov
   *Division Chief*
Philip R. Heleringer (No. 96748)
   Philip.Heleringer@ky.gov
   *Executive Director*
Aaron J. Silletto (No. 89305)
   Aaron.Silletto@ky.gov
   *Executive Director*

Jason P. Woodall (No. 95013)
   Jason.Woodall@ky.gov
Jonathan E. Farmer (No. 91999)
   Jonathan.Farmer@ky.gov
Daniel I. Keiser (No. 100264)
   Daniel.Keiser@ky.gov
Alex Scutchfield (No. 87009)
   Alex.Scutchfield@ky.gov
   *Assistant Attorneys General*

Office of the Attorney General
1024 Capital Center Drive, Suite 200
Frankfort, Kentucky 40601
Phone: (502) 696-5300
*Counsel for Attorney General Russell Coleman*
*and the Kentucky Horse Racing and Gaming*
*Corporation*

## CERTIFICATE OF SERVICE

I certify that on July 31, 2026, the above document was filed with the CM/ECF filing system, which electronically served a copy to all counsel of record.

/s/ Alex L. Scutchfield
*Counsel for Attorney General Russell Coleman*
*and the Kentucky Horse Racing and Gaming*
*Corporation*

2